**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHELL WILLIAMS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil No. 26-487** |
| | ) | |
| **GEORGE DAVISON, and** | ) | |
| **TED MORRISON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

ON June 15, 2026, Defendant George Davison filed a Motion to Add a Party with Brief in Support. ECF Nos. 7 & 8. Plaintiff was ordered to file a Response to the Motion by June 29, 2026. Plaintiff has not filed a Response.

Defendant Davison seeks to add "Davison Design & Development, Inc." as a defendant to this action. Davison Design is a party to the contract at issue in this case and the subsequent arbitration proceedings. Davison Design has an interest in this litigation and disposing of this action without said party will likely impair or impede Davison Design's ability to protect its interest. Fed. R. Civ. Proc. 19(a)(1)(B)(i). Further, it appears feasible to join Davison Design to this action and that such joinder will not deprive this Court of jurisdiction over the matter. *See Epsilon Energy USA, Inc. v Chesapeake Appalachia, LLC*, 80 F.4th 223, 232 (3d Cir. 2023). Thus, the Court finds that joinder of Davison Design is required under Rule 19(a)(1)(B)(i). Alternatively, permissive joinder of Davison Design is also warranted, for the reasons stated above. Fed. R. Civ. Proc. 20(a)(2). Accordingly, the Court concludes that it is appropriate to join Davison Design & Development, Inc. as a Defendant in this matter.

And now, this 6th day of October 2026, it is hereby ORDERED that Defendant George Davison's Motion to Add a Party, ECF No. 7, is GRANTED.

IT IS ORDERED that Davison Design & Development, Inc. is added as a Defendant in this action. The Clerk of Court shall amend the caption to add Davison Design & Development, Inc. as a party Defendant and the Complaint shall be served upon Davison Design & Development, Inc. forthwith.

__s/*Marilyn J. Horan*__________
Marilyn J. Horan
United States District Court Judge

Shell Williams
8307 Manor Street
Detroit, MI 48204